IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OMAR S. FOLK, | Civil No. 3:18-cv-1948 |
| Petitioner | (Judge Mariani) |
| v. | |
| PAUL GIBSON, ACTING WARDEN, | |
| Respondent | |

**ORDER**

**AND NOW**, this 29th day of April, 2022, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DENIED**. (Doc. 1).

2. The pending motion (Doc. 31) is **DISMISSED**.

3. The Clerk of Court is directed to **SUBSTITUTE** Paul Gibson, Acting Warden at FCI-Allenwood as the Respondent in this action. *See* 28 U.S.C. § 2243 (the proper respondent in a habeas action is "the person having custody of the person detained").

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge